AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) |
| SARA MEUSER FATH | ) Case No. |
| Defendant | ) **1:13CR-091** |
| | ) **J. BECKWITH** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SARA MEUSER FATH,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute, and possess with intent to distribute, one kilogram or more of heroin and five kilograms or more of cocaine, in violation of 21 U.S.C. § 846.

Date: 08/21/2013

s/Arthur Hill, deputy clerk
*Issuing officer's signature*

City and state: Cincinnati, Ohio

John Hehman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8-28-13, and the person was arrested on *(date)* 8-28-13
at *(city and state)* Cin, OH.

Date: 8-28-13

SGT [signature] 217
*Arresting officer's signature*

SGT GREG MORGAN 217
*Printed name and title*