UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:13-CR-091 |
| | : | |
| | : | **MOTION FOR LEAVE TO FILE** |
| v. | : | **GOVERNMENT'S MOTION FOR A** |
| | : | **PROTECTIVE ORDER UNDER SEAL** |
| | : | |
| LETICIA DIAZ-SEDANO, ET AL. | : | J. Beckwith |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The United States Attorney respectfully requests that the Clerk be ordered to file under seal the "Government's Motion For A Protective Order", this Motion and any Order, and that no person shall disclose their existence.

        Respectfully submitted,

        CARTER M. STEWART
        United States Attorney

        *s/Robert C. Brichler*
        ROBERT C. BRICHLER (0017745)
        Assistant United States Attorney
        221 East Fourth Street
        Suite 400
        Cincinnati, Ohio 45202
        (513)684-3711
        Fax: (513)684-2047
        Robert.Brichler@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically this 20th day of September, 2013, on all counsel of record.

*s/Robert C. Brichler*
ROBERT C. BRICHLER (0017745)
Assistant United States Attorney