**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:13-CR-091** |
| | : | |
| | : | |
| **v.** | : | **JUDGE SANDRA BECKWITH** |
| | : | |
| | : | |
| **LETICIA DIAZ-SEDANO et al.** | : | |

## O R D E R

Upon the motion of the United States for a protective order pursuant to Fed. R. Crim. P. 16(d)(1), it is hereby ordered as follows:

1.     All Title III applications, affidavits, and orders produced by the government in connection with this case, all other investigative materials and reports, and all recorded conversations disclosed by the government in original or redacted form, may be utilized by the charged defendants and their counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding.   The materials and their contents, and any notes, records or copies of any kind that defense counsel may make relating to the contents of materials provided by the government, shall not be disclosed either directly or indirectly, verbally or in writing, to any person or entity other than the charged defendants, their counsel, such other persons as are reasonably employed by them as may be necessary to prepare a defense, or such other persons as to whom the Court may authorize disclosure upon application by defense counsel. Defense counsel will be prepared at all times to account for compliance with this Order to the Court.

2.      These restrictions do not apply to documents or materials that are public record, including, but not limited to, transcripts of proceedings; documents, recordings and other materials that have been received in evidence at public hearings or proceedings; or documents or materials that are otherwise in the public domain.

3.      Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions.   However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

SO ORDERED.

_Timothy S. Black_

HONORABLE ~~SANDRA BECKWITH~~
UNITED STATES DISTRICT JUDGE
_Judge Timothy S. Black_
_for Judge Sandra S. Beckwith_

_9/20/13_
DATE

2