IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                       Case Number: 1:13cr91-5

Sara Meuser Fath

## CRIMINAL MINUTES: CHANGE OF PLEA

Defendant appeared with counsel

Defendant arraigned and specifically advised of rights

Statement of Facts read by RENU agent Chris Pitchford

Defendant pleads GUILTY to Counts 9 and 14

Plea accepted by the Court

Referred to Probation Department for Presentence Report

O.R. Bond continued

Rich Goldberg counsel for the defendant Present

Bob Brichler AUSA

Judge:                Susan J. Dlott

Courtroom Deputy:     William Miller

Court Reporter:       Luke Lavin, Official

Date:                 January 27, 2014