UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
PROBATION OFFICE
PRESENTENCE INVESTIGATION AND DISCLOSURE NOTICE

RE: Meuser Fath, Sara
1:13CR00091-05

The defendant has been found guilty and **The Honorable Susan J. Dlott, Chief United States District Judge** has ordered a presentence investigation. Local Rule 32.1 of this Court dictates certain time frames for completion of the presentence report and the disclosure process. Therefore, in compliance with Local Rule 32.1 you are advised:

1. The presentence report will be completed by U. S. Probation Officer **Laura S. Jensen**.

2. The report will be available for disclosure to the parties on **3/3/2014** (35 days from conviction). The initial presentence report will be mailed to the attorney for the defendant. The attorney for the government should pick up the initial report at the clerk of courts office on that date. The defense attorney shall be mailed two copies of the report, one of which must be provided to the defendant.

3. The attorney for the defendant and the government has **21** days from the disclosure date to communicate any objections to the initial presentence report. Therefore, objections shall be communicated to the probation officer not later than **3/24/2014**.

4. Efforts will be made by the parties to resolve any objections to the report prior to its submission to the Court. Any unresolved objections will be outlined by the probation officer in an addendum, which will be attached to the final report and forwarded to the Court not later than **4/14/2014**.

5. The defendant shall comply with the instructions on the reverse of this notice.

_____
John S. Dierna, Chief
U. S. Probation Officer

Date: January 27, 2014

Copies to: Defendant
Defense Attorney
Clerk of Court
Ass't. U. S. Attorney
File

**SEE IMPORTANT INSTRUCTIONS ON REVERSE SIDE OF THIS PAGE**

## **INSTRUCTIONS TO THE DEFENDANT**

You are instructed to report immediately with this form to the United States Probation Department, Room **110** of the U. S. Courthouse building for further instructions from a U.S. Probation Officer, unless you have already spoken to a probation officer.

Should you receive this form after 5:00 p.m., you are instructed to report in person to the U.S. Probation Department no later than 10:00 a.m. the following working day. If for any reason you are unable to keep this appointment, you are directed to telephone the probation department at **513-564-7575** to make other arrangements.

If you are currently in custody, a U.S. Probation Officer will contact you in the near future. Should you be released prior to receiving contact by the probation officer, you are to personally report to the U.S. Probation Department no later than 10:00 a.m. the next working day.

Consult with your attorney if you have any questions about these instructions.