# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF OHIO
### PROBATION OFFICE

110 POTTER STEWART COURTHOUSE
100 EAST 5TH STREET
CINCINNATI, OH 45202-3980

## PRESENTENCE REPORT TRANSMITTAL

TO: Honorable Susan J. Dlott
Chief United States District Judge

FROM: Laura S. Jensen
United States Probation Officer

SUBJECT: **FATH, Sara Meuser**
**Docket No. 1:13CR00091-005**
**Final Presentence Report**

DATE: October 29, 2014

The Final Presentence Report and any necessary addenda are herewith submitted to the Court.

The Defense Counsel and Counsel for the Government are being provided with a copy of the final Presentence Investigation Report.

cc: District Court Clerk ✓

Robert C. Brichler
Assistant United States Attorney

Richard Jay Goldberg
2662 Madison Road
Cincinnati, Ohio 45208

FILED JOHN P. HEHMAN CLERK 2014 OCT 30 PM 3:44 U.S. DISTRICT COURT SOUTHERN DIST OH WEST DIV CINCINNATI