IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                                Case Number: 1:13cr91-5

Sara Meuser Fath

CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel Rich Goldberg and was sentenced as follows:

Jail term of 18 Months on each count to be served concurrently with each other

Conditions/Recommendations:

    That the defendant be placed in the closest appropriate facility to Cincinnati, Ohio
    Participation in the Bureau of Prison's Substance Abuse Treatment Program

3 Years Supervised Release on count 14 and 1 year on count 9 to be served concurrently

Conditions:

    Cooperate in the collection of DNA
    Participation in Substance Abuse Program at discretion of Probation Officer
    Participation in Mental Health Program at discretion of Probation Officer

Assessment: 200        Fine: 4000        Restitution: 0

    Interest shall not accrue on any unpaid fine balance

Defendant shall report to the designated institution as notified by the U.S. Marshal, but no sooner than 4/13/15

Karl Kadon AUSA

Judge:                Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:       Julie Wolfer, Official

Date:                 February 26, 2015