# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:13-cr-091-5 |
| Plaintiff, | : | **Chief District Judge Dlott** |
| v. | : | **NOTICE OF SUBSTITUTION** |
| | : | **OF COUNSEL FOR DEFENDANT** |
| **SARA MEUSER FATH** | : | **SARA MEUSER FATH** |
| Defendants. | : | |

Comes now Paul M. Laufman and enters his appearance as counsel of record for defendant Sara Meuser Fath in substitution for Richard J. Goldberg. This substitution is acknowledged and consented to by Mr. Goldberg as indicated by his signature below.

**Respectfully Submitted,**

| | |
|---|---|
| /s/ *Paul M. Laufman* | /s/ *Richard J. Goldberg* |
| Paul M. Laufman (0066667) | Richard J. Goldberg (0005979) |
| LAUFMAN & NAPOLITANO, LLC | Schuh & Goldberg, LLC |
| 4310 Hunt Road | 2662 Madison Avenue |
| Cincinnati, Ohio 45242 | Cincinnati, Ohio 45208 |
| (513) 621-4556 | (513) 321-2662 |
| (513) 621-5563 (Fax) | (513) 321-0855 (Fax) |
| plaufman@ln-lawfirm.com | richjgoldberg@yahoo.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was electronically filed on this 12th day of March, 2015. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ *Paul M. Laufman*
Paul M. Laufman