# United States District Court for the Southern District of Ohio

United States

**Plaintiff,**

vs.     CASE NO. 1:13-cr-91-5

Sara Meuser Fath

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that  Sara Meuser Fath , hereby appeal (here name all parties taking the appeal) to the United States Court of Appeals for the Sixth Circuit from  the judgment and sentence of 18 months imposed on 2/26/15  (the final judgment) (from an order (describing it)) entered in this action on the  fourth  day of March , 2015.

(s) _[signature]_

Address: Laufman & Napolitano, LLC
4310 Hunt Road
Cincinnati, OH 45242

Attorney for: Sara Meuser Fath

6CA-3
1/99